**Electronically Filed
Supreme Court
SCWC-15-0000461
18-JAN-2017
01:56 PM**

SCWC-15-0000461

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

GEORGE FUKUOKA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000461; CASE NO. 2DTA-14-01165)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on December 17, 2016, is hereby accepted

and will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai‘i, January 18, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

